IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-409 |
| | ) |
| HEATHER LAYHEW, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 24th day of September, 2008, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered December 18, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, October 3, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: James Garrett,
    Assistant United States Attorney

    Martha Bailor, Esquire
    1716 Sarah Street
    Pittsburgh, PA 15203

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation